IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN E. ARNOLD,
    Petitioner,

v.                No. 3:15-cv-00881-DRH

UNITED STATES OF AMERICA,
    Respondent.

## ORDER

**HERNDON, District Judge:**

    This matter comes before the Court for case management. In accordance with this District's Administrative Order No. 176, the Court referred the above-styled case to the Federal Public Defender ("FPD") (Doc. 5). In October 2015, the FPD's Office entered its appearance for petitioner (Doc. 6). Now the Assistant FPD—having determined there is no meritorious basis for obtaining relief petitioner seeks—has moved to withdraw his appearance (Doc. 13).

    Pursuant to district-wide procedure, petitioner is **ALLOWED** thirty (30) days or until July 1, 2017 to file a response to counsel's motion to withdraw. Petitioner's failure to act will be interpreted as implied consent; as failure to respond within the 30-day time period will result in the grant of the motion to withdraw.

    The Court **DIRECTS** the Clerk to provide petitioner with a copy of the motion to withdraw as counsel (Doc. 13), and of this order.

    **IT IS SO ORDERED**.

Signed this 28th day of May, 2017.

Judge Herndon
2017.05.28
08:56:06 -05'00'

UNITED STATES DISTRICT JUDGE